NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Benjamin Levine
Law Offices of Dale K. Galipo
21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367
Phone: (818)347-333 / Fax: (818)347 - 4118
Emails: dalekgalipo@yahoo.com; blevine@galipolaw.com

ATTORNEY(S) FOR:  Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGITTA COVELLI,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:26-cv-3913<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ BRIDGITTA COVELLI _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRIDGITTA COVELLI | PLAINTIFF |
| CITY OF LOS ANGELES | DEFENDANT |

April 13, 2026
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

BRIDGITTA COVELLI

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**