**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900  |  Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGITTA COVELLI, | CASE NO. 2:26-cv-03913-ODW-RAOx |
| Plaintiff(s), | *Hon. Otis D. Wright – Ctrm. 5D*<br>*Hon. Rozella A. Oliver – Ctrm. 590* |
| v. | |
| CITY OF LOS ANGELES; and DOES 1 through 10, inclusive, | **DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |
| Defendant(s). | |

Defendant CITY OF LOS ANGELES ("Defendant") answering Plaintiff's Complaint for Damages for itself and for no other parties, admits, denies and alleges as follows:

## INTRODUCTION

1.     Answering paragraph 1, Defendant denies the allegations contained therein.

2.     Answering paragraph 2, Defendant denies the allegations contained therein.

## JURISDICTION AND VENUE

3.     Answering paragraph 3, Defendant admits that the District Court has jurisdiction over the 42 U.S.C. §1983 claims and can exercise supplemental jurisdiction over the state law claims.

4.     Answering paragraph 4, Defendant admits that venue is proper.

1

**PARTIES**

5.    Answering paragraph 5, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any damages.

6.    Answering paragraph 6, Defendant admits that it is a municipality in good standing under the laws of the State of California and the United States of America. Defendant denies having or maintaining any unlawful customs, policies or practices.

7.    Answering paragraph 7, to the extent that this paragraph asserts legal conclusions, no answer is required. To the extent an answer is required, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

8.    Answering paragraph 8, to the extent that this paragraph asserts legal conclusions, no answer is required. To the extent an answer is required, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

9.    Answering paragraph 9, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

10.    Answering paragraph 10, to the extent that this paragraph asserts legal conclusions, no answer is required. To the extent an answer is required, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

11.    Answering paragraph 11, to the extent that this paragraph asserts legal conclusions, no answer is required. To the extent an answer is required, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**FACTS COMMON TO ALL CLAIMS FOR RELIEF**

12.    Answering paragraph 12, this paragraph contains no language and therefore cannot be answered or denied.

2

13.    Answering paragraph 13, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

14.    Answering paragraph 14, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

15.    Answering paragraph 15, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

16.    Answering paragraph 16, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

17.    Answering paragraph 17, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

18.    Answering paragraph 18, Defendant denies the allegations contained therein.

19.    Answering paragraph 19, Defendant denies the allegations contained therein.

20.    Answering paragraph 20, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

21.    Answering paragraph 21, Defendant denies the allegations contained therein.

22.    Answering paragraph 22, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

**FIRST CLAIM FOR RELIEF**

**Fourth Amendment-Excessive Force (42 U.S.C. § 1983)**

**Plaintiff against Defendants DOES 1-10**

23.    Answering paragraph 23, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

24.    Answering paragraph 24, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

3

25. Answering paragraph 25, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

26. Answering paragraph 26, Defendant denies the allegations contained therein.

27. Answering paragraph 27, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

28. Answering paragraph 28, Defendant denies the allegations contained therein.

29. Answering paragraph 29, Defendant denies the allegations contained therein.

30. Answering paragraph 30, Defendant denies the allegations contained therein.

31. Answering paragraph 31, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## SECOND CLAIM FOR RELIEF

### Fourth Amendment–Denial of Medical Care (42 U.S.C. § 1983)

### Plaintiff against Defendants DOES 1-10

32. Answering paragraph 32, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

33. Answering paragraph 33, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

34. Answering paragraph 34, Defendant denies the allegations contained therein.

35. Answering paragraph 35, Defendant denies the allegations contained therein.

4

36. Answering paragraph 36, Defendant denies the allegations contained therein.

37. Answering paragraph 37, Defendant denies the allegations contained therein.

38. Answering paragraph 38, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

### THIRD CLAIM FOR RELIEF

**First Amendment—Retaliation (42 U.S.C. § 1983)**

**Plaintiff against Defendants DOES 1-10**

39. Answering paragraph 39, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

40. Answering paragraph 40, to the extent that this paragraph asserts legal conclusions, no answer is required.

41. Answering paragraph 41, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

42. Answering paragraph 42, Defendant denies the allegations contained therein.

43. Answering paragraph 43, Defendant denies the allegations contained therein.

44. Answering paragraph 44, Defendant denies the allegations contained therein.

45. Answering paragraph 45, Defendant denies the allegations contained therein.

46. Answering paragraph 46, Defendant denies the allegations contained therein.

47. Answering paragraph 47, Defendant denies the allegations contained therein.

48. Answering paragraph 48, Defendant lacks sufficient information and belief to answer and on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability—Unconstitutional Custom, Policy, or Practice

### (42 U.S.C. § 1983)

### Plaintiff against Defendant CITY

49. Answering paragraph 49, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

50. Answering paragraph 50, Defendant denies the allegations contained therein.

51. Answering paragraph 51 and all subparts (a)-(j), Defendant denies the allegations contained therein.

52. Answering paragraph 52, Defendant denies the allegations contained therein.

53. Answering paragraph 53 and all subparts, Defendant denies the allegations contained therein.

54. Answering paragraph 54, Defendant denies the allegations contained therein.

55. Answering paragraph 55, Defendant denies the allegations contained therein.

56. Answering paragraph 56, Defendant denies the allegations contained therein.

57. Answering paragraph 57, Defendant denies the allegations contained therein.

58.    Answering paragraph 58, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

59.    Answering paragraph 59, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein.

60.    Answering paragraph 60, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability–Failure to Train (42 U.S.C. § 1983)

### Plaintiff against Defendant CITY

61.    Answering paragraph 61, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

62.    Answering paragraph 62, Defendant denies the allegations contained therein.

63.    Answering paragraph 63, Defendant denies the allegations contained therein.

64.    Answering paragraph 64, Defendant denies the allegations contained therein.

65.    Answering paragraph 65 and all subparts (a) through (d), Defendant denies the allegations contained therein.

66.    Answering paragraph 66, Defendant denies the allegations contained therein.

67.    Answering paragraph 67, Defendants deny the allegations contained therein.

68.    Answering paragraph 68, Defendant denies the allegations contained therein.

69.    Answering paragraph 69, Defendant denies the allegations contained therein.

7

70. Answering paragraph 70, Defendant denies the allegations contained therein.

71. Answering paragraph 71, Defendant denies the allegations contained therein.

72. Answering paragraph 72, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## SIXTH CLAIM FOR RELIEF

### Municipal Liability–Ratification (42 U.S.C. § 1983)

### Plaintiff against Defendant CITY

73. Answering paragraph 73, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

74. Answering paragraph 74, Defendant denies the allegations contained therein.

75. Answering paragraph 75, Defendant denies the allegations contained therein.

76. Answering paragraph 76, Defendant denies the allegations contained therein.

77. Answering paragraph 77, Defendant denies the allegations contained therein.

78. Answering paragraph 78, Defendant denies the allegations contained therein.

79. Answering paragraph 79, Defendant denies the allegations contained therein.

80. Answering paragraph 80, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## SEVENTH CLAIM FOR RELIEF

### Battery

### Plaintiff against all Defendants

81.    Answering paragraph 81, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

82.    Answering paragraph 82, Defendant denies the allegations contained therein.

83.    Answering paragraph 83, Defendant denies the allegations contained therein.

84.    Answering paragraph 84, Defendant denies the allegations contained therein.

85.    Answering paragraph 85, Defendant denies the allegations contained therein.

86.    Answering paragraph 86, Defendant denies the allegations contained therein.

87.    Answering paragraph 87, Defendant denies the allegations contained therein.

88.    Answering paragraph 88, Defendant denies the allegations contained therein.

## EIGHTH CLAIM FOR RELIEF

### Negligence

### Plaintiff against all Defendants

89.    Answering paragraph 89, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

90.    Answering paragraph 90, to the extent that this paragraph asserts legal conclusions, no answer is required.

91.    Answering paragraph 91, Defendant denies the allegations contained therein.

92.    Answering paragraph 92, Defendant denies the allegations contained therein.

93.    Answering paragraph 93, Defendant denies the allegations contained therein.

94.    Answering paragraph 94, Defendant denies the allegations contained therein.

95.    Answering paragraph 95, Defendant denies the allegations contained therein.

## NINTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1

### Plaintiff against all Defendants

96.    Answering paragraph 96, which incorporates by reference the allegations of the previous paragraphs of the Complaint, Defendant, to the same extent, incorporates by reference the answers to those paragraphs.

97.    Answering paragraph 97, to the extent that this paragraph asserts legal conclusions, no answer is required.

98.    Answering paragraph 98, to the extent that this paragraph asserts legal conclusions, no answer is required.

99.    Answering paragraph 99, Defendant denies the allegations contained therein.

100.    Answering paragraph 100, Defendant denies the allegations contained therein.

101.    Answering paragraph 101, Defendant denies the allegations contained therein.

102.    Answering paragraph 102, Defendant denies the allegations contained therein.

103. Answering paragraph 103, Defendant denies the allegations contained therein.

104. Answering paragraph 104, Defendant denies the allegations contained therein.

105. Answering paragraph 105, Defendant denies the allegations contained therein.

106. Answering paragraph 106, Defendant denies the allegations contained therein.

107. Answering paragraph 107, Defendant lacks sufficient information and belief to answer and, on that basis, denies the allegations contained therein. Defendant denies that Plaintiff is entitled to any fees or costs.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State a Cause of Action)

1. Defendant alleges that the complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Qualified Immunity - Federal)

2. Defendant is protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendants employees and any individually named Defendants did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

///

///

11

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

3. Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

**FOURTH AFFIRMATIVE DEFENSE**

**(Immunity from Punitive Damages)**

4. Defendant City of Los Angeles is immune from the imposition of punitive damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(Contributory Negligence by Other Persons)**

5. Defendant alleges that the damages complained of by Plaintiff, if any, was either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendant. The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SIXTH AFFIRMATIVE DEFENSE**

6. The damages alleged were directly and proximately caused and contributed to by the negligence of plaintiff, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE**

7. The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code § 910 et seq.

**EIGHTH AFFIRMATIVE DEFENSE**

8. The action is barred for lack of standing to sue.

**NINTH AFFIRMATIVE DEFENSE**

9. Plaintiffs are not entitled to any, or to a reduced, recovery on the ground that they failed to mitigate damages.

///

12

**TENTH AFFIRMATIVE DEFENSE**

10.    The action is barred by the doctrines of res judicata and collateral estoppel.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.    Plaintiff had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

**TWELFTH AFFIRMATIVE DEFENSE**

12.    The claims are barred by the statute of limitations set forth in California Code of Civil Procedure 340(3) and Government Code §945.6.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.    The answering Defendant is not legally responsible for the acts and/or omissions of the DOE Defendants.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14.    The actions of the Defendant in all respects was reasonable, proper, and legal.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Reasonable Suspicion and/or Probable Cause)**

15.    Defendant is not liable because there was reasonable suspicion to detain and/or probable cause to arrest Plaintiff.

**SIXTEENTH AFFIRMATIVE DEFENSE**

16.    Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

Government Code §§ 815.2, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.4, 820.6, 820.8, 822.2, 845, 846 and 910 et seq.

Penal Code §§836, 836.5 and 847.

Civil Code § 43.55

///

13

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    Defendant is immune from liability for all damages sustained after the prosecutor initiated criminal charges, pursuant to *Smiddy v. Varney*, 803 F.2d 1469 (9th Cir. 1986), and *Jackson v. City of San Diego*, 121 Cal. App. 3d 579 (1981).

Defendant hereby reserves the right to amend this Answer in accordance with the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

W H E R E F O R E, Defendants pray for judgment as follows:

1.    That Plaintiff takes nothing by this action;

2.    That the action be dismissed;

3.    That Defendants be awarded costs of suit;

4.    That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

## JURY DEMAND

Defendants hereby demand and request a trial by jury in this matter.

Dated: May 22, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By:  /s/ *Jeremy B. Warren*

**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES

14