**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900   |   Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendant*, CITY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGITTA COVELLI,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO. 2:26-cv-03913-ODW-RAOx<br>*Hon. Otis D. Wright – Ctrm. 5D*<br>*Hon. Rozella A. Oliver – Ctrm. 590*<br><br>**DEFENDANT CITY OF LOS ANGELES' CERTIFICATE OF INTERESTED PARTIES** |

**TO THE HONORABLE COURT, PLAINITFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendant CITY OF LOS ANGELES certifies the following listed parties have a direct, pecuniary interest in the outcome of the case.

1.    Bridgitta Covelli – Plaintiff

2.    City of Los Angeles – Defendant

///

///

///

1

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: May 22, 2026              **HYDEE FELDSTEIN SOTO**, City Attorney
                                 **DENISE C. MILLS**, Chief Deputy City Attorney
                                 **KATHLEEN KENEALY**, Chief Assistant City Attorney
                                 **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney


                                 By: ___/s/ *Jeremy B. Warren*_____
                                      **JEREMY B. WARREN**, Deputy City Attorney
                                      *Attorneys for Defendant*, CITY OF LOS ANGELES