## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| Bridgitta Covelli, | | CV 26-03913-ODW(RAO) |
| | Plaintiff, | |
| City of Los Angeles et al., | | **ORDER/REFERRAL TO ADR** |
| | Defendant(s). | |

   The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

   **ORDERS** this case referred to:

X   **ADR PROCEDURE NO. 2:**  This case is referred to the ADR Program.  Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator.  If the parties have not selected and obtained theRW consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one.  Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov.  Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: July 30, 2026

_____
United States District Judge

ADR-12 (04/10)          **ORDER / REFERRAL TO ADR PROGRAM**