Name, Address and Telephone Number of Attorney(s):

Gregory L. Kirakosian (SBN 294580)
[greg@kirakosianlaw.com]
KIRAKOSIAN LAW, APC
11684 Ventura Blvd., Suite 975
Studio City, California 91604
Tel: (213) 986-5389

CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRIDGITTA COVELLI,

Plaintiff

**v.**

CITY OF LOS ANGELES, AND DOE OFFICERS 1-10,

Defendants

CASE NUMBER:

2:26-cv-03913-ODW-RAOx

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[X] The parties stipulate that Richard Copeland may serve as the Panel Mediator in the above-captioned case. Gregory L. Kirakosian (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on TBD (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: ______________________

Dated: August 24, 2026 — */s/ Gregory L. Kirakosian*
Attorney For Plaintiff Bridgitta Covelli

Dated: ______________ — ______________
Attorney For Plaintiff ______________

Dated: August 24, 2026 — */s/ Jeremy Warren*
Attorney For Defendant City of Los Angeles, and DOE Officers 1-10

Dated: ______________ — ______________
Attorney For Defendant ______________

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*