**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**KIRAKOSIAN LAW, APC**
Gregory L. Kirakosian (SBN 294580)
greg@kirakosianlaw.com
11684 Ventura Boulevard, Suite 975
Studio City, CA 91604
Phone: (213) 986-5389
Fax: (213) 477-2355

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGITTA COVELLI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:26-cv-03913-ODW-RAO<br><br>*Hon. Otis D. Wright*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME OFFICER IN PLACE OF DOE DEFENDANT 1**<br><br>[*Proposed Order* filed concurrently herewith] |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiff BRIDGITTA COVELLI and Defendant CITY OF LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed her Complaint on April 13, 2026. [Dkt. 1.] At the time of the filing of her Complaint, Plaintiff was genuinely ignorant of the names of the City of Los Angeles Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, through discovery, Plaintiff has discovered information that Officer Steven Ralph is among the City of Los Angeles Police Department employees who fired less-lethal rounds during the incident giving rise to this lawsuit, during which Plaintiff alleges that she was struck with one or more less-lethal rounds.
2. The Parties agree that Plaintiff may file an amended complaint for the purpose of naming Officer Steven Ralph as an individual defendant, in lieu of the current fictitiously named defendant "Doe 1."
3. A redlined copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit A." A clean copy of Plaintiff's proposed First Amended Complaint is attached hereto as "Exhibit B." Because the amendment concerns the identity of a party, changes and additions are found *passim* in the proposed First Amended Complaint, but they are limited to the identification of Officer Steven Ralph as a defendant.
4. Counsel for the City of Los Angeles agrees to accept service of the First Amended Complaint on behalf of the City of Los Angeles and Officer Steven Ralph.
5. The Parties agree that Plaintiff shall have 7 days to file her First Amended Complaint after the Court grants her leave, and that Defendants shall have 21 days thereafter to file a responsive pleading.

THEREFORE, and based on the foregoing, the Parties hereby stipulate and jointly request an order granting Plaintiff leave to file a First Amended Complaint within 7 days of the Court's order, and requiring that Defendants file a responsive pleading within 21 days thereafter.

**IT IS SO STIPULATED.**

DATED: September 25, 2026

LAW OFFICES OF DALE K. GALIPO
KIRAKOSIAN LAW, APC

By: */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine[1]
Gregory L. Kirakosian
*Attorneys for Plaintiff*

DATED: September 25, 2026

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By: */s/ Jeremy B. Warren*
Hydee Feldstein Soto
Denise C. Mills
Kathleen Kenealy
Christian R. Bojorquez
Jeremy B. Warren
*Attorneys for Defendant City of Los Angeles*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.