**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Benjamine S. Levine, Esq. (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGITTA COVELLI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, et al,<br><br>Defendants. | Case No. 2:26-cv-03913-ODW-RAO<br><br>*Assigned to*:<br>District Judge Otis D. Wright, II<br>Magistrate Judge Rozella A. Oliver<br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT ON DEFENDANT STEVEN RALPH** |

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits her proof of service of the Summons, First Amended Complaint for Damages, Civil Case Cover Sheet and other documents on Defendant Steven Ralph, attached hereto as Exhibit "A."

DATED: October 12, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
Attorneys for Plaintiff, Bridgitta Covelli

# EXHIBIT A

POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*
Dale K. Galipo, Esq. (SBN 144074)
Benjamin S. Levine, Esq. (SBN 342060)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310 Woodland Hills, CA 91367
TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS dalekgalipo@yahoo.com; blevine@galipolaw.com
ATTORNEY FOR *(Name)*: Plaintiff

*FOR COURT USE ONLY*

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

STREET ADDRESS: 350 West First Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF/PETITIONER: BRIDGITTA COVELLI
DEFENDANT/RESPONDENT: CITY OF LOS ANGELES; STEVEN RALPH

CASE NUMBER: 2:26-cv-03913-ODW-RAO

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2645941R

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS ON FIRST AMENDED COMPLAINT;FIRST AMENDED COMPLAINT;NOTICE OF INTERESTED PARTIES;CIVIL CASE COVER SHEET;NOTICE OF ASSIGNMENT;NOTICE TO PARTIES OF COURT DIRECTED ADR;NOTICE TO COUNSEL TO PROCEED;SCHEDULING AND CASE MANAGEMENT ORDER;ORDER REFERRAL TO ADR**
3. a. Party served *(specify name of party as shown on documents served)*:
   **STEVEN RALPH**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Officer Chavez, Badge 33545, authorized person to accept service of process**
4. Address where the party was served: **3400 South Central Avenue**
   **Los Angeles, CA 90011**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10/6/2026** (2) at *(time)*: **12:17 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Plaintiff: **BRIDGITTA COVELLI**

Defendant: **CITY OF LOS ANGELES; STEVEN RALPH**

CASE NUMBER: **2:26-cv-03913-ODW-RAO**

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [x] as an individual defendant.
b. [ ] as the person sued under the fictitious name of *(specify):*
c. [ ] as occupant.
d. [x] On behalf of *(specify):* **Individual**
under the following Code of Civil Procedure section:

[ ] 416.10 (corporation)
[ ] 416.20 (defunct corporation)
[ ] 416.30 (joint stock company/association)
[ ] 416.40 (association or partnership)
[ ] 416.50 (public entity)
[ ] 415.95 (business organization, form unknown)
[ ] 416.60 (minor)
[ ] 416.70 (ward or conservatee)
[ ] 416.90 (authorized person)
[ ] 415.46 (occupant)
[x] other: **FRCP (4)(i)(3)**

7. **Person who served papers**
a. Name: **Juan Carlos Altamirano - Ace Attorney Service, Inc.**
b. Address: **800 S. Figueroa Street, Suite 900 Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 121.74**
e. I am:

(1) [ ] not a registered California process server.
(2) [ ] exempt from registration under Business and Professions Code section 22350(b).
(3) [x] registered California process server:
(i) [ ] owner [x] employee [ ] independent contractor.
(ii) Registration No.: **2023184943**
(iii) County: **LOS ANGELES**

**8.** [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **10/7/2026**

**Juan Carlos Altamirano**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ (Signature - Per CC §1633.7)