**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**JEREMY B. WARREN,** Deputy City Attorney (SBN 199583)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: jeremy.warren@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and STEVEN RALPH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRIDGITTA COVELLI,

Plaintiff(s),

v.

CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,

Defendant(s).

CASE NO. 2:26-cv-03913-ODW-RAOx
*Hon. Otis D. Wright – Ctrm. 5D*
*Hon. Rozella A. Oliver – Ctrm. 590*

**DEFENDANTS CITY OF LOS ANGELES AND STEVEN RALPH'S CERTIFICATE OF INTERESTED PARTIES**

**TO THE HONORABLE COURT, PLAINITFF AND HIS COUNSEL OF RECORD:**

The undersigned, counsel of record for Defendants CITY OF LOS ANGELES and STEVEN RALPH certify the following listed parties have a direct, pecuniary interest in the outcome of the case.

1. Bridgitta Covelli – Plaintiff
2. City of Los Angeles – Defendant
3. Steven Ralph - Defendant

///

These representations are made to enable the court to evaluate disqualification or recusal.

Dated: October 15, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: /s/ Jeremy B. Warren
**JEREMY B. WARREN**, Deputy City Attorney
*Attorneys for Defendant*, CITY OF LOS ANGELES